E. MARTIN ESTRADA                                                    JS-6
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
          Social Security Administration
          160 Spear St., Suite 800
          San Francisco, CA  94105
          Telephone: (510) 970-4836
          Facsimile: (415) 744-0134
          Email:  Michael.Marriott@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EMMETT FLOYD COLEMAN, JR.,          ) No. 2:23-cv-00605-PD
                                    )
                                    )
          Plaintiff,                )
                                    ) **JUDGMENT OF REMAND**
          v.                        )
                                    )
KILOLO KIJAKAZI,                    )
Acting Commissioner of Social Security, )
                                    )
                                    )
          Defendant.                )
_____ )

      The Court having approved the parties' Stipulation to Voluntary Remand

Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment

("Stipulation to Remand") lodged concurrently with the lodging of the within

Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED**

that the above-captioned action is remanded to the Commissioner of Social Security

1   for further proceedings consistent with the Stipulation to Remand.

2

3

4   Dated: _July 06, 2023_

_____

HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE