LAW OFFICES OF BILL LATOUR
MARK VER PLANCK [CSBN: 310413]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 954-2380
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

## U.S. DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| EMMETT FLOYD COLEMAN, JR,, ) | No: 2:23-cv-00605-PD |
| ) | |
|     Plaintiff, ) | ORDER AWARDING |
| ) | EAJA FEES |
|     v. ) | |
| ) | |
| KILOLO KIJAKAZI, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
|     Defendant. ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA attorney fees are awarded in the amount of FIVE THOUSAND TWO HUNDRED DOLLARS AND 00/100 ($5,200.00) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: <u>July 31, 2023</u>      *Patricia Donahue*

           HON. PATRICIA DONAHUE
           UNITED STATES MAGISTRATE JUDGE